**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1921**
_____

FLAUBERT MBONGO; CHARLOTTE J. DIKONGUE,

                    Plaintiffs – Appellants,

        v.

JP MORGAN CHASE BANK, N.A.,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.    Paul  W.  Grimm,  District  Judge.
(8:14-cv-01620-PWG)

_____

Submitted: January 15, 2015        Decided:  January 20, 2015

_____

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Flaubert Mbongo, Charlotte J. Dikongue, Appellants Pro Se. Chad
King, John Sears Simcox, SIMCOX & BARCLAY, Annapolis, Maryland,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Flaubert Mbongo and Charlotte Dikongue appeal the district court's order dismissing based on res judicata their civil action related to a mortgage modification plan under the federal Home Affordable Modification Program (HAMP). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mbongo v. JP Morgan Chase Bank, N.A., No. 8:14-cv-01620-PWG (D. Md. Aug. 4, 2014).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED